IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| MARIA DEJESUS JIMENEZ, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. |
| BEAR STEARNS ASSET-BACKED SECURITIES I TRUST 2005-HE11, ASSET-BACKED CERTIFICATES SERIES 2005-HE11, | ) | 3:19-CV-1026-G-BH |
| Defendant. | ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Defendant's Motion for Summary Judgment, filed August 30, 2019 (docket entry 12) is **GRANTED**. By separate judgment, the plaintiff's breach of contract claim will be **DISMISSED with prejudice** and the defendant will be authorized to foreclose on its lien on the real property located at 2550 Grafton Avenue, Dallas, Texas 75211 in accordance with the Note, Deed of Trust, and § 51.002 of the Texas Property Code.

**SO ORDERED**.

February 28, 2020.

_____
A. JOE FISH
Senior United States District Judge